No. 1295. CLARION OIL CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 1371. COMMISSIONER OF INTERNAL REVENUE *v.* CLARION OIL CO. June 18, 1945. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Ellsworth C. Alvord* and *Floyd F. Toomey* for petitioner in No. 1295. *Assistant Solicitor General Cox, Assistant Attorney Gen-*

*eral Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Hilbert P. Zarky* for the Commissioner of Internal Revenue. Reported below: 148 F. 2d 671.